**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**LAURIE TODD** **PLAINTIFF**

**V.** **NO. 3:26-CV-237-DMB-JMV**

**FORWARD AIR LOGISTICS SERVICES, LLC; PHILLIP BANAYOS; and JOHN DOES 1-5** **DEFENDANTS**

# FINAL JUDGMENT

In accordance with the order entered this date, this case is dismissed without prejudice for lack of subject matter jurisdiction.

**SO ORDERED**, this 3rd day of September, 2026.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**